DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLRETTA CONNOR** and **LEONARD HODGE,**
Appellants,

v.

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D2024-0083

[October 29, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. CACE22-012404.

Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellants.

Dinah S. Stein and Lindsey A. Hicks of Hicks, Porter & Stein, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed. See Cole v. Universal Prop. & Cas. Ins.,* 363 So. 3d 1089 (Fla. 4th DCA 2023).

KUNTZ, C.J., MAY, J., and EWEN, LILLIAN, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***